Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
       nkanute@swlaw.com

*Attorneys for Plaintiff US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC2, <br><br> Plaintiff, <br><br> vs. <br><br> THUNDER PROPERTIES INC., a Nevada corporation; HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.; <br><br> Defendants. | Case No. 3:17-cv-00203-RCJ-WGC <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |

Plaintiff US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 ("US Bank or Plaintiff") and Defendant Highland Ranch Homeowners Association, ("Highland or Defendant"), by and through their respective counsel, hereby stipulate and agree that US Bank shall have up to and including January 17, 2018 to respond to Highland's Motion for Partial Summary Judgment (ECF No. 26) (the "MSJ") filed on December 15, 2017. The opposition is currently due on January 5, 2018.

US Bank is in the process of reviewing the MSJ and the arguments raised therein. US

4821-5591-3049

Bank is also assessing recent decisions and orders from other Courts that may have an effect on its opposition to the MSJ. Additionally, the opposition currently falls due during the holidays and it will be difficult to draft the opposition and permit US Bank an opportunity to review it. Accordingly, additional time will be required and good cause exists for the extension.

Based on the foregoing, the Parties respectfully request that the Court grant this stipulation.

Dated: December 22, 2017

SNELL & WILMER L.L.P.

By: /s/Nathan G. Kanute
Jeffrey Willis, Esq.
Nathan G. Kanute, Esq.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440

*Attorneys for Plaintiff US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2*

Dated: December 22, 2017

LAXALT & NOMURA, LTD.

By: /s/Ryan W. Leary (with permission)
Holly S. Parker, Esq.
Ryan W. Leary, Esq.
9600 Gateway Drive
Reno, NV 89521
Telephone: (775) 322-1170

*Attorneys for Highland Ranch Homeowners Association*

## ORDER

**IT IS SO ORDERED.**

Dated this 17 day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE