Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
nkanute@swlaw.com

*Attorneys for Plaintiff US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC2,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES INC., a Nevada corporation; HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.;<br><br>Defendants. | Case No. 3:17-cv-00203-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Plaintiff US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 ("US Bank or Plaintiff") and Defendant Highland Ranch Homeowners Association, ("Highland or Defendant"), by and through their respective counsel, hereby stipulate and agree that US Bank shall have up to and including February 9, 2018 to respond to Highland's Motion for Partial Summary Judgment (ECF No. 26) (the "MSJ") filed on December 15, 2017. The opposition was originally due on January 5, 2018, but the Parties had previously stipulated to extend that deadline to January 17, 2018, although it does not appear that

4840-8548-8730

the Court signed the earlier stipulation and order during the holidays. The parties further agree that Highland shall have until February 27, 2018 to file its reply. The reply would otherwise have been due on February 23, 2018.

US Bank is in the process of reviewing the MSJ and the arguments raised therein. US Bank is also assessing recent decisions and orders from other Courts that may have an effect on its opposition to the MSJ. Additionally, the undersigned counsel for US Bank is scheduled for a five day jury trial that has made preparation of the opposition difficult, especially with the holidays. Accordingly, additional time will be required and good cause exists for the extension.

Based on the foregoing, the Parties respectfully request that the Court grant this stipulation.

Dated: January 12, 2018

SNELL & WILMER L.L.P.

By: ___/s/Nathan G. Kanute___
Jeffrey Willis, Esq.
Nathan G. Kanute, Esq.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
*Attorneys for Plaintiff*

Dated: January 12, 2018

LAXALT & NOMURA, LTD.

By: _/s/ Holly S. Parker (with permission)_
Holly S. Parker, Esq.
Ryan W. Leary, Esq.
9600 Gateway Drive
Reno, NV 89521
Telephone: (775) 322-1170
*Attorneys for Highland Ranch Homeowners Association*

## ORDER

**IT IS SO ORDERED.**

Dated this 17 day of JANUARY, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

4840-8548-8730

- 2 -