Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
       nkanute@swlaw.com

*Attorneys for Plaintiff US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC2,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES INC., a Nevada corporation; HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.;<br><br>Defendants. | Case No. 3:17-cv-00203-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)** |

Plaintiff US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 ("US Bank or Plaintiff") and Defendant Highland Ranch Homeowners Association, ("Highland or "Defendant"), by and through their respective counsel, hereby stipulate and agree that US Bank shall have up to and including March 9, 2018 to respond to Highland's Motion for Partial Summary Judgment (ECF No. 26) (the "MSJ") filed on December 15, 2017. The opposition is currently due February 9, 2018. The parties further agree

4817-0596-8731

that Highland shall have until March 28, 2018 to file its reply. The reply would otherwise have been due on February 27, 2018.

The parties have commenced discussions regarding the potential for settling this case, or at least reaching a resolution of the MSJ short of a need for motion practice and additional time for the Court. The parties being able to conduct those discussions in the next couple weeks with enough time to either resolve this matter or file the response before the extended deadline. Accordingly, good cause exists for the extension.

Based on the foregoing, the Parties respectfully request that the Court grant this stipulation.

Dated: February 2, 2018

SNELL & WILMER L.L.P.

By:   /s/Nathan G. Kanute
    Jeffrey Willis, Esq.
    Nathan G. Kanute, Esq.
    50 West Liberty Street, Suite 510
    Reno, NV 89501-1961
    Telephone: (775) 785-5440
    *Attorneys for Plaintiff*

Dated: February 2, 2018

LAXALT & NOMURA, LTD.

By:  /s/ Ryan W. Leary (with permission)
    Holly S. Parker, Esq.
    Ryan W. Leary, Esq.
    9600 Gateway Drive
    Reno, NV 89521
    Telephone: (775) 322-1170
    *Attorneys for Highland Ranch
    Homeowners Association*

## ORDER

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE