Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
  nkanute@swlaw.com

*Attorneys for Plaintiff US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC2,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES INC., a Nevada corporation; HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.;<br><br>Defendants. | Case No. 3:17-cv-00203-RCJ-WGC<br><br>**STIPULATION AND ORDER TO STAY BRIEFING ON HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 ("US Bank") and Defendant Highland Ranch Homeowners Association, ("Highland") and Defendant Thunder Properties, Inc. ("Thunder Properties" and jointly with US Bank and Highland, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

By stipulation and order (ECF No. 33), a response to Highland's Motion for Partial Summary Judgment (the "MSJ" ECF No. 26) would be due March 9, 2018. However, US Bank

4827-7966-6271

1  and Thunder Properties have agreed to settlement terms and are working on a mutually agreeable
2  settlement agreement.  Additionally, US Bank and Highland are likely to reach final settlement
3  terms shortly.  Given that the Parties are working toward final settlement, the Parties agree to
4  stay any further briefing on Highland's MSJ.  To the extent settlement is reached, the Parties
5  anticipate filing a notice of settlement on the record.  If settlement terms are not finalized within
6  30 days of this stipulation, the Parties will submit a status report with the Court providing either
7  a briefing schedule or further update regarding settlement.  Based on the foregoing, the Parties
8  respectfully request that the Court grant this stipulation.

9  Dated:  March 8, 2018                                    Dated:  March 8, 2018

10  SNELL & WILMER L.L.P.                             LAXALT & NOMURA, LTD.

11  By:  /s/  Nathan G. Kanute                              By:  /s/ Holly S. Parker
        Jeffrey Willis, Esq.                                           Holly S. Parker, Esq.
12      Nathan G. Kanute, Esq.                                    Ryan W. Leary, Esq.
        50 West Liberty Street, Suite 510                       9600 Gateway Drive
13      Reno, NV 89501-1961                                      Reno, NV 89521
        *Attorneys for Plaintiff*                                        *Attorneys for Highland Ranch*
14                                                                                *Homeowners Association*

15  Dated:  March 8, 2018

16  ROGER P. CROTEAU & ASSOCIATES, LTD

17  By:  /s/  Timothy E. Rhoda
        Timothy E. Rhoda, Esq.
18      9120 W. Post Rd.
        Las Vegas, NV  89148
19      *Attorneys for Thunder Properties*

20

21                                              ORDER

IT IS HEREBY ORDERED that briefing on Highland's Motion for Partial Summary Judgment (ECF No. 26) is STAYED.

IT IS FURTHER ORDERED that the parties shall file a Status Report providing either a briefing schedule on Highland's Motion for Partial Summary Judgment (ECF No. 26) or further update regarding settlement on or before Friday, April 13, 2018.

25  **IT IS SO ORDERED.**

26
                                                            _____
27                                                          UNITED STATES DISTRICT COURT JUDGE

28                                                          DATED: March 9, 2018.

4827-7966-6271