UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| US BANK, N.A.,<br><br>          Plaintiff,<br><br>  v.<br><br>THUNDER PROPERTIES, INC. et al.,<br><br>          Defendants. | 3:17-cv-00203-RCJ-WGC<br><br>**ORDER** |

After Defendants conducted a sale of real property under Chapter 116 of the Nevada Revised Statutes, Plaintiff sued Defendants, *inter alia*, for a declaration that the first deed of trust against the property survived the sale. Plaintiff dismissed one Defendant, and the remaining two Defendants answered. One Defendant moved for partial summary judgment in December 2017. The Court granted several extensions and a stay of briefing pending settlement. The parties have now informed the Court that they require 60 more days to finalize the settlement.

**CONCLUSION**

IT IS HEREBY ORDERED that a further status report shall be due on October 15, 2018.

IT IS FURTHER ORDERED that the Motion for Summary Judgment (ECF No. 26) is DENIED without prejudice to refiling.

IT IS SO ORDERED.

Dated this 28th day of August, 2018.

                                _____
                                  ROBERT C. JONES
                           UNITED STATES DISTRICT JUDGE