Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
        nkanute@swlaw.com

*Attorneys for Plaintiff US Bank National
Association, as Trustee for Asset-Backed Pass-
Through Certificates, Series 2006-NC2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC2,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES INC., a Nevada corporation; HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.;<br><br>Defendants. | Case No. 3:17-cv-00203-RCJ-WGC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 ("US Bank") and Defendants Highland Ranch Homeowners Association ("Highland") and Thunder Properties, Inc. ("Thunder Properties" and jointly with US Bank and Highland, the "Parties"), who all have answered or appeared in this action, by and through their respective undersigned counsel of record, hereby stipulate and agree, as follows:

Pursuant to Fed. R. Civ. P. 41, the Parties agree that this matter may be dismissed as against Highland and Thunder Properties with prejudice, with each party to bear its own fees and

4849-7738-0229

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

costs. The Parties further stipulate and agree that this matter may be closed since the are no remaining parties or causes of action pending.

Dated:  February 5, 2019

SNELL & WILMER L.L.P.

By:    /s/ Nathan G. Kanute
    Jeffrey Willis, Esq.
    Nathan G. Kanute, Esq.
    50 West Liberty Street, Suite 510
    Reno, NV 89501-1961
    *Attorneys for Plaintiff*

Dated:  February 5, 2019

ROGER P. CROTEAU & ASSOCIATES, LTD

By:    /s/ Timothy E. Rhoda
    Timothy E. Rhoda, Esq.
    9120 W. Post Rd.
    Las Vegas, NV  89148
    *Attorneys for Thunder Properties*

Dated:  January __, 2019

LAXALT & NOMURA, LTD.

By: _____
    Holly S. Parker, Esq.
    Ryan W. Leary, Esq.
    9790 Gateway Drive, Suite 200
    Reno, NV 89521
    *Attorneys for Highland Ranch*
    *Homeowners Association*

**IT IS SO ORDERED**

Date: _____ _____, 2019.

_____
DISTRICT COURT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

costs. The Parties further stipulate and agree that this matter may be closed since the are no remaining parties or causes of action pending.

Dated:  January ___, 2019

SNELL & WILMER L.L.P.

By:_____
    Jeffrey Willis, Esq.
    Nathan G. Kanute, Esq.
    50 West Liberty Street, Suite 510
    Reno, NV 89501-1961
    *Attorneys for Plaintiff*

Dated:  January ___, 2019

ROGER P. CROTEAU & ASSOCIATES, LTD

By:_____
    Timothy E. Rhoda, Esq.
    9120 W. Post Rd.
    Las Vegas, NV  89148
    *Attorneys for Thunder Properties*

Dated:  January 7, 2019

LAXALT & NOMURA, LTD.

By:_____
    Holly S. Parker, Esq.
    Ryan W. Leary, Esq.
    9790 Gateway Drive, Suite 200
    Reno, NV 89521
    *Attorneys for Highland Ranch*
    *Homeowners Association*

**IT IS SO ORDERED**

Date: ___ February 13, 2019.

_____
DISTRICT COURT JUDGE

4849-7738-0229

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440